Honorable U.S. District Court Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN E. MARION, | CASE NO. C16-5765-JLR |
| Plaintiff, | ORDER ON PLAINTIFF'S APPLICATION FOR ATTORNEYS FEES AND OTHER EXPENSES |
| vs. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security | |
| Defendant. | |

The Court having reviewed plaintiff's application for attorney's fees and other expenses, the response filed by defendant, and the remaining record, does hereby find and ORDER:

(1) The Court GRANTS plaintiff's application for attorney's fees in the amount of $4,412.37, $20.03 in other expenses, and $400 in costs pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.

(2) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 31st day of May, 2017.

JAMES L. ROBART
U.S. District Court Judge

ORDER   - 1 -
[C16-5765JLR]

MADDOX & LAFFOON, P.S.
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516

Presented by:

_____
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing proposed Order on Plaintiff's Application for Attorney's Fees and Other Expenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Howard
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS 221A
Seattle, WA  98104-7075
Michael.howard@ssa.gov

Kerry J. Keefe
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
Kerry.keefe@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing proposed Order to the following non-CM/ECF participants:

    NONE

DATED: May 18, 2017                    /s/ Dawn Krech
                                        Dawn Krech, Legal Assistant
                                          MADDOX & LAFFOON, P.S.
                                          mcdkrech@comcast.net

ORDER                              - 2 -                      MADDOX & LAFFOON, P.S.
[C16-5765JLR]                                         ATTORNEYS AT LAW
                                                          410-A South Capitol Way
                                                          Olympia, WA  98501
                                                          360.786.8276
                                                         FAX: 360.534.9516