U.S. District Court Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN E. MARION,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C16-5765JLR<br><br>ORDER FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of $7,044.75 pursuant to 42 U.S.C. § 406(b). If Counsel receives any EAJA fee, she will refund it to Plaintiff upon receipt.

DATED this 1ST day of Oct., 2018.

JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C16-5765JLR]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

- Page 1

Presented by:

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

DATED: September 19, 2018

                          /s/ JEANETTE LAFFOON
                          JEANETTE LAFFOON, WSBA #30872
                          Attorney for Plaintiff

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing ORDER FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Howard
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS 221A
Seattle, WA 98104-7075
Michael.howard@ssa.gov

Kerry J. Keefe
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA 98101-1271
Kerry.keefe@usdoj.gov

DATED: September 19, 2018

                          /s/ Jeanette Laffoon
                          Jeanette Laffoon, Attorney
                          MADDOX & LAFFOON, P.S.
                          jeanettelaffoon@gmail.com
                          sirenad@maddox-laffoon.com

ORDER FOR ATTORNEYS FEES                 MADDOX & LAFFOON, P.S.
PURSUANT TO 42 U.S.C. § 406(b)               410-A South Capitol Way
[C16-5765JLR]                                                 Olympia, WA. 98501
                                                          (360) 786-8276